**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>JACQUELINE G ADAMS | CHAPTER 13<br><br>CASE NO.  17-40521-JDP |

**TRUSTEE'S FINDINGS AND RECOMMENDATIONS**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor(s) plan, petition, and any amendments and does not believe that the AMENDED PLAN FILED 10/19/17 complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**
1. Debtor needs to resolve the objection of Bank of New York Mellon.  The plan provides to make payments of $400 per month until Debtor can refinance the real estate.  The Creditor was looking for a cure of the mortgage default.
2. The Debtor has three parcels of real estate: one property at 145 South Pacific worth $19,000 per Schedule A, a second parcel which she resides at is valued at $50,000, and the Debtor has inherited real estate on Wilson Street worth $50,000. Due to the amount of the equity in the Debtor's non-exempt real estate, unsecured creditors will need to be paid 100% of their allowed claims plus interest. Debtor's plan proposes to pay 100% of claims but not interest.  This can be resolved in an order
3. Debtor is proposing to pay Idaho Central Credit Union (ICCU) as a 910 claim $3725 for a 2002 Lincoln Continental which she indicates is worth $1,627.  This is a title loan debt and not a PMSI.  This vehicle must be provided for in paragraph 5.2 not 5.1. Plan must be amended.
4. Debtor is proposing to pay Lendmark as a 910 claim $3775 for a 1995 Chevy Suburban which she indicates is worth $1,716.  This is a title loan debt and not a PMSI.  This vehicle must be provided for in paragraph 5.2 not 5.1. Plan must be amended.
5. Trustee has verified that debtor received cash loans totaling $15,692 since November 2016.  Some of the funds were paid directly to Arlene Adams.  Trustee needs to know where

debtor spent the funds she has borrowed in the last year to determine if there were any other fraudulent or preferential transfers other than to Arlene Adams.  Depending how much of the funds the debtor borrowed were for the benefit of Arlene Adams, Trustee may need a tolling agreement from the transferee and an amended statement of financial affairs. Debtor should provide bank statements showing where the funds were deposited and spent.

6. Trustee objects to paragraph 2.2 wherein Debtor does not propose to turnover tax refunds if any.  This can be resolved in a confirmation order.
7. Debtor lists a secured claim to Farmers Flexible Universal on Schedule D but does not provide for this creditor in the plan. This appears to be a loan on the Debtor's whole life insurance policy. Debtor does not have a requirement to repay this loan and this is not an issue.

DATED:  November 4, 2017

                                          **/s/  Kathleen McCallister__**
                                          **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 4, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

BRITAN DOUGLAS GROOM
Attorney at Law
brit@britgroomlawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JACQUELINE G ADAMS
P.O. BOX 447
EDEN, ID 83325

                                          **/s/  Kathleen McCallister__**
                                          **Kathleen McCallister, Trustee**

Case 17-40521-JMM    Doc 53    Filed 11/04/17    Entered 11/04/17 17:01:06    Desc
Page 3 of 3