**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID  83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jacqueline G Adams | CASE NO. 17-40521-JMM |

**TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, and as for her Recommendation for Confirmation, states that she has reviewed the Debtor(s) plan, petition, and any amendments and believes that the AMENDED PLAN FILED 3/5/18 complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and also with Section 1326.  The Section 341 meeting of creditors was adjourned and any objections to confirmation have been resolved as may be set forth in the confirmation order.

Subject to the time for creditors to object running after April 17, 2018.


DATED:  April 3, 2018


　　　　　　　　　　　　　　　　　　　　　　　  /s/  Kathleen McCallister            ____
　　　　　　　　　　　　　　　　　　　　　　　 **Kathleen McCallister, Trustee**