UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                      )
                                            )        Case No. 17-40521-JMM
Jacqueline G Adams                          )
                                            )        Chapter 13
_____ )
_____

ORDER CONFIRMING CHAPTER 13 PLAN FILED 3/5/18
DOCKET NO. 60 AND GRANTING RELATED MOTIONS
_____

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

1.  The Chapter13 Plan and Related Motions comply with the provisions of this

chapter and with other applicable provisions of this title;

2.  Any fees, charges or amounts required to be paid under the Chapter 13 Plan

or 28 U.S.C. §§ 1911 et seq. have been paid;

3.  The plan and related motions have been proposed in good faith and not by any

means forbidden by law.

4.  The value, as of the effective date of the plan and related motions, of property to

be distributed under the plan on account of each allowed unsecured claim is not less than

the amount that would be paid on such claim if the estate of the debtor were liquidated

under 11 USC Chapter 7 on such date;

5. With respect to each allowed secured claim provided for by the plan—

a. the holder of such claim has accepted the plan; or

b. the plan provides that the holder of such claim retain the lien securing

such claim, and receive payment consistent with the terms of 11

U.S.C. § 1325(a)(5)(B)(i), (ii) and (iii), or

c. the property securing such claim is surrendered to the holder of such

claim.

6. The debtor will be able to make all payments under the plan, and to comply

with the plan.

7. The debtor has paid all amounts as required under 11 U.S.C. § 1325(a)(8).

8. The debtor has filed all applicable Federal, State and local tax returns.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating

the following modifications:

A.  The Debtor is below median income.\\end text\\.

DATED:  April 23, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister, Trustee

/s/_____
Britan Douglas Groom, Attorney for the Debtor